No. 78–5533. JACKSON v. FLORIDA. Sup. Ct. Fla.; and

No. 78–5763. WESTBROOK v. GEORGIA. Sup. Ct. Ga. Certiorari denied. Reported below: No. 78–5533, 359 So. 2d 1190; No. 78–5763, 242 Ga. 151, 249 S. E. 2d 524.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the

---

[17] See U. S. Dept. of Justice, FBI Uniform Crime Reports, Crime in the United States 1977, Table 4 (1978).

Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428
U. S. 153, 227, 231 (1976), we would grant certiorari and va-
cate the death sentences in these cases.